MARK M. NICHOLLS, Respondent, *v.* AMERICAN STEEL AND WIRE COMPANY, Appellant.

*Nicholls* v. *American Steel & Wire Co.*, 117 App. Div. 21, affirmed.
(Argued March 13, 1908; decided March 31, 1908.)

APPEAL from a judgment entered February 11, 1907, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term after a special verdict had been rendered in favor of plaintiff and directing judgment upon the verdict in an action to recover for an alleged breach of contract of sale.

*Raynal C. Bolling* and *Charles Mac Veagh* for appellant.

*George T. Hogg* and *Antonio Knauth* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Not sitting: HISCOCK, J.